**Farrel Gene PRIDE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59262.**

Missouri Court of Appeals,
Western District.

Aug. 28, 2001.

**Sandra WILLIAMS, Appellant,**

v.

**REMINGTON HOTEL
CORPORATION,
Respondent.**

**No. WD 59104.**

Missouri Court of Appeals,
Western District.

Aug. 28, 2001.

Rosalynn Koch, Asst. Public Defender, Columbia, MO, for appellant.

Philip M. Koppe, Assistant Attorney General, Kansas City, MO, for respondent.

Before ROBERT G. ULRICH, Presiding Judge, PATRICIA BRECKENRIDGE and JOSEPH M. ELLIS, Judges.

*ORDER*

PER CURIAM:

Farrel Gene Pride appeals from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value but a memorandum